Kathleen L. DeSoto
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT  59807-7909
Telephone (406) 523-2500
Telefax (406) 523-2595
kldesoto@garlington.com

Steven G. Emerson (Petition for admission forthcoming)
Thomas H. Davis (Petition for admission forthcoming)
Robin K. Carlson (Petition for admission pro hac vice to be filed)
STINSON LEONARD STREET LLP
1201 Walnut Street, Suite 2900
Kansas City, MO  64106-2150
Telephone (816) 842-8600
Telefax (816) 691-3495
steve.emerson@stinson.com
thomas.davis@stinson.com
robin.carlson@stinson.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC, | |
| Plaintiff, | |
| v. | NOTICE OF REMOVAL |
| NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY, | |
| Defendant. | |

TO:   Pacific Northwest Solar, LLC, Plaintiff; Ryan R. Shaffer, Meyer, Shaffer &
      Stepans, PLLP, Plaintiff's Attorney; and Nancy Sweeney, Lewis & Clark
      County Clerk of District Court

1.      On or about November 16, 2016, Plaintiff filed a civil action against

Defendant in the First Judicial District Court, Lewis & Clark County.  Copies of

the Civil Cover Sheet and Complaint are attached hereto as Exhibits A & B.

2.      The removing party is the named Defendant in the above-entitled

action.

3.      On or about November 30, 2016, Plaintiff, through its counsel,

inquired if Defendant NorthWestern Corporation's counsel would agree to accept

service on Defendant's behalf.

4.      Defendant NorthWestern Corporation, through its attorney, accepted

service of Plaintiff's Complaint on December 2, 2016.  A copy of the acceptance is

attached hereto as Exhibit C.

5.      This action is one over which the Court has original jurisdiction

pursuant to 28 U.S.C. § 1332, because it is a civil action between citizens of

different states there is more than $75,000 in dispute, and it is removable pursuant

to 28 U.S.C. § 1441.  Plaintiff is a citizen of the State of Oregon.  Defendant

NorthWestern Corporation is a Delaware corporation with its principal place of

business in Sioux Falls, South Dakota.  For the purposes of removal, NorthWestern

Corporation is a citizen of a state other than Montana.  28 U.S.C. § 1332(c)(1); *see*

*also Amsk v. NorthWestern Corp*., No. CV 15-49-H-CCL, 2016 U.S. Dist. LEXIS

29583 (Mar. 8, 2016) (Doc. 18).

6.    Defendant is filing this Notice within 30 days of knowledge and

service of the Complaint as required by 28 U.S.C. § 1446.

7.    Defendant has sent a copy of this Notice of Removal to the Clerk of

Court, Montana First Judicial District Court, Lewis & Clark County, for filing

pursuant to 28 U.S.C. § 1446(d), along with a letter requesting the Clerk take all

necessary steps incident to removal to Federal Court.

8.    Defendant has served written notice on opposing counsel of the filing

of this Notice of Removal, and copies of this Notice of Removal have been served

on opposing counsel pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant NorthWestern Corporation respectfully requests

that the above-entitled action now pending against it in the First Judicial District

Court, Lewis & Clark County, be removed to this Court.

DATED this 23rd day of December, 2016.


        /s/  Kathleen L. DeSoto
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2016, a copy of the foregoing

document was served on the following persons by the following means:

| | |
|---|---|
| _____ | Hand Delivery |
| 1 | Mail |
| 2 | Overnight Delivery Service |
| _____ | Fax (include fax number in address) |
| 1 | E-Mail (include email in address) |

1.    Ryan R. Shaffer
      Meyer, Shaffer & Stepans, PLLP
      305 S. Fourth St. E., Ste. 101
      Missoula, MT 59801
      ryan@mss-lawfirm.com
        *Attorneys for Plaintiff*

2.    Clerk of District Court
      Lewis & Clark County
      228 Broadway St.
      Helena, MT 59601


                /s/  Kathleen L. DeSoto
      _____
      Attorneys for Defendant