| | |
|---|---|
| **From:** | Emerson, Steve <steve.emerson@stinson.com> |
| **Sent:** | Friday, December 02, 2016 12:36 PM |
| **To:** | Ryan Meyer |
| **Subject:** | RE: Pacific Northwest Solar v. NWE |

Thanks.

**From:** Ryan Meyer [mailto:ryan.meyer@pacificnorthwestsolar.net]
**Sent:** Friday, December 02, 2016 1:25 PM
**To:** Emerson, Steve
**Subject:** Re: Pacific Northwest Solar v. NWE

Yes

Ryan N. Meyer
Senior Vice President
Pacific Northwest Solar, LLC
9450 SW Gemini Drive, #33304
Beaverton, OR 97008
Direct: (458) 205-5870
Fax: (458) 202-9520
www.pacificnorthwestsolar.net


On Fri, Dec 2, 2016 at 11:19 AM, Emerson, Steve <steve.emerson@stinson.com> wrote:

Ryan –

I have the authority to accept service of the Complaint on behalf of NWE. Can we agree that the Answer or other responsive pleading is due by December 29th (i.e., 28 days from today)? Thanks.

**From:** Ryan Meyer [mailto:ryan.meyer@pacificnorthwestsolar.net]
**Sent:** Wednesday, November 30, 2016 4:23 PM
**To:** Emerson, Steve
**Subject:** Re: Pacific Northwest Solar v. NWE

Hi Steve -

1

Exhibit C

We received the endorsed copy of the Complaint back and were going to send it out for service - can you accept service on behalf of NWE?  See attached Complaint.


Thanks,


Ryan



Ryan N. Meyer

Senior Vice President

Pacific Northwest Solar, LLC

9450 SW Gemini Drive, #33304

Beaverton, OR 97008
Direct: (458) 205-5870

Fax: (458) 202-9520
www.pacificnorthwestsolar.net

**Exhibit C**