**FILED**

JAN 26 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>Defendant. | No. CV-16-114-H-SEH<br><br>**ORDER** |

Defendant NorthWestern Corporation d/b/a NorthWestern Energy ("NWE") has moved for the admission of Robin K. Carlson, Esq. ("Carlson"), of Stinson Leonard Street LLP, Kansas City, Missouri, to practice before this Court in this

case with Kathleen L. DeSoto, Esq., of Garlington, Lohn & Robinson, PLLP, Missoula, Montana, to act as local counsel. Carlson's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

NWE's Motion for Admission Pro Hac Vice (Robin K. Carlson)[1] is GRANTED, subject to the following conditions:

1. Local counsel will be designated as lead counsel or as co-lead counsel with Carlson.

2. Carlson must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Carlson; it is not an admission of Stinson Leonard Street LLP.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless Carlson, within 15 days from

---

[1] Doc. 16.

the date of this Order, files an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 25th day of January, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge