FILED

MAR 28 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>    Defendant. | No. CV-16-114-H-SEH<br><br>ORDER |

A hearing on Defendant's Unopposed Motion to Stay Proceedings was held on March 28, 2017. Based upon the record made in open court,

ORDERED:

1. On or before March 31, 2017, Defendant shall file an amended preliminary pretrial statement including the "city and state of current residence of each individual known or believed to have information that may be used in

proving or denying any party's claims or defenses"[1] and addressing the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii).[2]

2. Defendant's Unopposed Motion to Stay Proceedings[3] is GRANTED in part and DENIED in part.

3. All proceedings in this case are stayed up to and including September 29, 2017, unless ordered otherwise by the Court.

DATED this 28th day of March, 2017.

SAM E. HADDON
United States District Judge

---

[1] L.R. 16.2(b)(1)(J).

[2] *See* Doc. 26.

[3] Doc. 27.