**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**HELENA DIVISION**

**FILED**

AUG 1 1 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>        Defendant. | No. CV-16-114-H-SEH<br><br>**ORDER** |

On March 28, 2017, the Court stayed "[a]ll proceedings in this case [until] September 29, 2017, unless ordered otherwise by the Court."[1] On August 11, 2017, the parties filed a Joint Motion to Lift Stay and Grant Plaintiff Leave to File First Amended Complaint.[2] The brief in support of the joint motion recites, in part, that "[o]n July 21, 2017, the PSC issued its Final Ruling in the QF-1 Docket,

---

[1] Doc. 37 at 2.

[2] Doc. 43.

thereby resolving the issues pending before the PSC that related to the seventeen unexecuted PPAs at issue in this case."[3] The parties "jointly seek leave of the Court for PNW to file a First Amended Complaint eliminating PNW's claims pertaining to the seventeen unexecuted PPAs while retaining PNW's claims to the dispute concerning the four executed PPAs."[4]

ORDERED:

The Joint Motion to Lift Stay and Grant Plaintiff Leave to File First Amended Complaint[5] is GRANTED. Plaintiff shall file the First Amended Complaint forthwith.

DATED this __11th__ day of August, 2017.

SAM E. HADDON
United States District Judge

---

[3] Doc. 44 at 3.

[4] Doc. 44 at 4.

[5] Doc. 43.