# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>Defendant. | No. CV-16-114-H-SEH<br><br>ORDER |

FILED
MAR 0 1 2018
Clerk, U.S. District Court
District Of Montana
Helena

The Court has reviewed the parties' Amended Joint Unopposed Motion for Protective and Clawback Order[1] and is prepared to consider entry if modifications of the proposed order incorporate the changes in paragraphs 3(a), 4, 8 and an additional paragraph represented below:

Paragraph 3(a): Proposed Protective and Clawback Order language "Any document submitted to and reviewed by the Court will become a public document

---

[1] Doc. 83.

[if relied upon by the Court in its rulings] unless otherwise ordered by the Court . . ."[2] replaced with "All parties understand that all documents relied upon by the Court in resolving any issue before the Court, including documents filed under seal, will be made public contemporaneously with the Court's ruling on the issue."

Paragraph 4: Proposed Protective and Clawback Order language ". . . if a timely designation is made, the confidential portions shall be filed under seal separate from the portions not so marked"[3] replaced with language that comports with the requirements and limitations of L.R. 26.4(b) regarding the filing of documents that are subject to a protective order.

Paragraph 8: "Any person or entity receiving notice . . ."[4] changed to bind only the parties subject to the protective order.

Additional paragraph: "The terms, conditions, and limitations of this Order may be modified, changed or eliminated by further order of Court if necessary or appropriate."

ORDERED:

The parties shall apprise the Court of their positions regarding

---

[2] Doc. 83-1 at 2.

[3] *Id.* at 3.

[4] *Id.* at 4.

implementation of the changes above on or before March 9, 2018, at 4:45 p.m.

DATED this \_\_1st\_\_ day of March, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge