# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC, | CV-16-114-H-SEH |
| Plaintiff, | **ORDER** |
| v. | |
| NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY, | |
| Defendant. | |

Defendant NorthWestern Corporation d/b/a NorthWestern Energy filed its Unopposed Motion for Leave to file under seal Exhibits J and K to NWE's Supplemental Suggestions in Support of its Motion to Compel Discovery.

For the reasons contained in NWE's unopposed Motion, IT IS HEREBY ORDERED, that Exhibits J and K to NWE's Supplemental Suggestions in Support of its Motion to Compel Discovery be filed under seal.

1

DATED this 24th day of October, 2018.

_____
John Johnston
United States Magistrate Judge