**FILED**

NOV 0 2 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>Defendant. | No. CV-16-114-H-SEH<br><br>**ORDER** |

Defendant Northwestern Corporation d/b/a NorthWestern Energy ("NWE") has filed an Unopposed Motion of Defendant Northwestern Corporation's For Leave to File Under Seal by which it seeks to have filed under seal certain additional documents that Pacific Northwest Solar, LLC ("PNWS") produced after NWE disclosed its expert witness and that NWE's expert has reviewed and is relying upon in forming his opinions in this case.[1]

---

[1] *See* Doc. 128 at 2.

ORDERED:

NWE may file the additional documents under seal subject to the following condition:

All documents reviewed and relied upon by NWE's expert in forming his opinions in this case will be made public not less than 7 days before the date upon which trial of this case is scheduled to commence.

DATED this 2nd day of November, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge