# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY, <br><br> Defendant. | CV 16-114-H-SEH <br><br> **ORDER** |

This case has been referred to the undersigned for the limited purpose of conducting a formal settlement conference by Senior United States District Judge, Sam E. Haddon, Doc. 118. Accordingly,

**IT IS ORDERED** that the undersigned will conduct a settlement conference in this matter, on **Thursday, January 24, 2019 at 9:00 a.m. at the Russell Smith Federal Courthouse, Missoula, Montana. The parties are to report to the Clerk of Court for the location of the conference.**

**IT IS ALSO ORDERED that it is the responsibility of counsel to ensure that each named party understands and complies with Local Rule 16.5. and especially 16.5(b)(4)(A)(B).** Failure to **comply** with any of the conditions set

forth above may, upon motion of the Court itself or upon motion of a party, result in imposition of sanctions and/or costs of the conference. **See Local Rule 16.5.**

**IT IS ALSO ORDERED** that on or before **5:00 p.m.** on **January 16, 2019,** the respective parties shall submit to the undersigned proposed settlement agreements and confidential settlement statements, preferably in letter form, **not to exceed ten (10) pages**, **including attachments**, by e-mail to [sara_luoma@mtd.uscourts.gov](mailto:sara_luoma@mtd.uscourts.gov), that sets forth each party's initial settlement position, the case history, the history of any negotiations and each party's view of the case in terms of its settlement posture. **Parties should also include in the settlement statement the name of the person or persons with ultimate settlement authority who will attend the settlement conference.** Parties need not repeat matters found in their preliminary pretrial statements. The settlement statement shall not be exchanged among the parties nor become part of the formal court record. The Court will destroy the letters after conclusion of the conference.

DATED this 6th day of November, 2018.

_____
John Johnston
United States Magistrate Judge