# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY, <br><br> Defendant. | CV 16-114-H-SEH-JTJ <br><br><br> **ORDER** |

On March 6, 2018, the Court issued its Amended Order directing Pacific Northwest Solar, LLC (Pacific) to produce to Northwestern Corporation (Northwestern) certain documents in its possession. (Doc. 126 at 3). The Court ordered that all documents produced by Pacific to Northwestern were subject to the Court's March 6, 2018 Protective and Clawback Order. *Id*. The Court allowed any third-party who opposed this document production to submit a brief to the Court. (Doc. 126 at 4). Heelstone Development, LLC (Heelstone) submitted a letter to the Court dated November 9, 2018. (Doc. 133-1). The Court has construed Heelstone's letter as a brief.

The Court conducted a telephonic status conference with the parties on

November 16, 2018, for the purpose of discussing Heelstone's objections to the discovery ordered by the Court. For the reasons stated on the record during the status conference,

IT IS ORDERED:

1. Heelstone's objections to the Court's Amended Order of October 25, 2018, are DENIED.

2. Pacific shall produce to Northwestern on or before November 26, 2018, all of the documents that the Court previously ordered produced in its Amended Order of October 25, 2018. (Doc. 126). These documents shall be subject to the Court's March 6, 2018 Protective and Clawback Order. (Doc. 87).

DATED this 19th day of November, 2018.

John Johnston
United States Magistrate Judge