FILED

2/4/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>Defendant. | No. CV-16-114-H-SEH<br><br>**ORDER** |

Plaintiff has moved to Renew its Motion for Summary Judgment on its

Sixth Cause of Action. The motion does not comply with L.R. 7.1(d)(1)(A).

ORDERED:

Pacific Northwest Solar, LLC's Motion to Renew its Motion for Summary

Judgment on its Sixth Cause of Action[1] is DENIED without prejudice for failure to comply with L.R. 7.1(d)(1)(A). Plaintiff may resubmit the motion in proper form.

DATED this 4th day of February, 2019.

SAM E. HADDON
United States District Judge

---

[1] 155.