# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>　　　　Defendant. | No. CV-16-114-H-SEH<br><br>**ORDER** |

On February 13, 2019, Plaintiff Pacific Northwest Solar, LLC ("PNWS") moved "for leave to re-file its Response to Defendant Northwestern Corporation's ("NEW") [*sic*] Motion for Summary Judgment [ECF Doc. # 145]."[1]

ORDERED:

1. Plaintiff's Unopposed Motion to Re-file Response Brief is GRANTED.

---

[1] Doc. 173 at 2.

2. An amended response brief to Defendant Northwestern Corporation's Motion for Summary Judgment shall be filed with a certificate of compliance. L.R. 7.1(d)(2)(E).

DATED this 14th day of February, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge