FILED
3/7/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>　　　　Defendant. | No. CV-16-114-H-SEH<br><br>**ORDER** |

The Court Order of March 4, 2019,[1] stated, *inter alia*, "[a] statement specifying the number of days required for trial shall be filed on or before March 6, 2019."[2]

---

[1] Doc. 179.

[2] Doc. 179 at 3.

No statement in compliance with Doc. 179 has been filed.

ORDERED:

1. The "statement specifying the number of days required for trial" shall be filed forthwith.

2. A hearing to establish a date for trial and to address admission of evidence and trial-related issues will be set by further order of the Court.

DATED this 7th day of March, 2019.

SAM E. HADDON
United States District Judge