FILED

4/2/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>    Defendant. | No. CV-16-114-H-SEH<br><br>ORDER |

The Joint Proposed Final Pretrial Order filed March 29, 2019, contains the following:

  **X. Dismissals.**
    a. The Parties jointly request dismissal with prejudice of the Second, Third, Fourth, and Fifth Claims set forth in the Plaintiff's First Amended Complaint.[1]

---

[1] Doc. 182 at 15.

ORDERED:

The Second Count,[2] Third Count,[3] Fourth Count,[4] and Fifth Count[5] of Pacific Northwest Solar, LLC's First Amended Complaint are DISMISSED with prejudice.

The case will proceed to trial on the First Count, Anticipatory Breach of Contract,[6] and the Sixth Count, Declaratory Relief.[7]

DATED this 2nd day of April, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] *See* Doc. 47 at 17–18.

[3] *See* Doc. 47 at 18–19.

[4] *See* Doc. 47 at 19–21.

[5] *See* Doc. 47 at 21–22.

[6] *See* Doc. 47 at 16–17.

[7] *See* Doc. 47 at 22–23.