FILED

4/2/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>               Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>               Defendant. | No. CV-16-114-H-SEH<br><br>**ORDER** |

In the interest of facilitating pretrial address and resolution of evidentiary issues presented by the Joint Proposed Final Pretrial Order,[1]

ORDERED:

1.    Each party shall have to and including April 19, 2019, in which to

---

[1] Doc. 182.

file a brief in support of arguments and reasons for exclusion from admission at trial of each exhibit designated as "Will Offer" by the opposing party to which objection to admission is stated in the Joint Proposed Final Pretrial Order.

2. A brief in response to objections shall be filed by the "Will Offer" party on or before May 3, 2019.

3. A reply brief by the objecting party shall be filed on or before May 10, 2019.

A hearing to address admissibility at trial of exhibits to which objection has been made will be set by further order of court.

DATED this 2nd day of April, 2019.

SAM E. HADDON
United States District Judge