FILED

5/8/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>Defendant. | No. CV-16-114-H-SEH<br><br>ORDER |

Pending before the Court are: (1) Plaintiff's Motion to Strike and Exclude NWE's Undisclosed Documents and Untimelty [*sic*] Discovery,[1] filed April 16, 2019; (2) Plaintiff's Motion in Limine Re: NWE's State of Mind,[2] filed April 16, 2019; and (3) Defendant NorthWestern Corporation's Motion *in Limine* to

---

[1] Doc. 204.

[2] Doc. 206.

Exclude Trial Testimony from Ryan N. Meyer,[3] filed April 25, 2019.

The Court's November 15, 2017, Scheduling Order stated: "[a]ll pretrial motions, other than discovery motions, shall be filed and fully briefed on or before: January 11, 2019."[4]

No request to extend the pretrial motions deadline was sought or granted. The pending motions all were filed over three months after the fully briefed motions deadline expired.

ORDERED:

1. Plaintiff's Motion to Strike and Exclude NWE's Undisclosed Documents and Untimelty [sic] Discovery[5] is DENIED.

2. Plaintiff's Motion in Limine Re: NWE's State of Mind[6] is DENIED.

3. Defendant NorthWestern Corporation's Motion in Limine to Exclude Trial Testimony from Ryan N. Meyer[7] is DENIED.

Nothing in this Order addresses or resolves any issue relevant to questions

---

[3] Doc. 211.

[4] Doc. 68 at 2–3.

[5] Doc. 204.

[6] Doc. 206.

[7] Doc. 211.

of admissibility of evidence at trial.

DATED this 8th day of May, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge