# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>Defendant. | No. CV-16-114-H-SEH<br><br>ORDER |

Defendant's unopposed Motion *in Limine* to Preclude the Plaintiff from Characterizing NorthWestern Corporation's Conduct as Being Fraudulent or in Bad Faith[1] and Defendant NorthWestern Corporation's unopposed Second Motion *in Limine* to Exclude Trial Testimony from Ryan N. Meyer[2] are GRANTED.

DATED this 16th day of June, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 233.

[2] Doc. 237.