IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>Defendant. | No. CV-16-114-H-SEH<br><br>ORDER |

The Court conducted a hearing on Plaintiff's Motion in Limine Re: NWE's State of Mind[1] on September 11, 2019, at which witness testimony of John Alke was proffered. Additional briefing on relevant issues was ordered.[2]

ORDERED:

Upon receipt of the additional briefs due by 4:45 p.m. on September 20,

---

[1] Doc. 241.

[2] See Doc. 274.

2019, the motion will be deemed submitted for resolution by the Court on issues of admissibility at trial of John Alke's proffered testimony.

DATED this 16th day of September, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge