FILED
9/17/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>Defendant. | No. CV-16-114-H-SEH<br><br>**ORDER** |

The Court conducted a hearing on September 11, 2019, to address issues of admissibility at trial of Plaintiff's "Will Offer" Exhibits 14, 15, 16, and 17, and Defendant's "Will Offer" Exhibits 508, 541, 543, 548, 553, 564, 566, 570, 589, 592, 596, 597, 598, 599, 605, 609, 618, 619, 620, 629, 630, 644, 645, 646, 647, and 648.

ORDERED:

1. Admission at trial of the following exhibits, designated as "Will Offer" by Defendant: 508, 548, and 605, is DENIED for one or more of the reasons stated as objections to the particular exhibit in the Joint Proposed Final Pretrial Order.[1]

2. Admission at trial of the following exhibits, designated as "Will Offer" by Plaintiff: 14, 15, 16, and 17, is provisionally DENIED for one or more of the reasons stated as objections to the particular exhibit in the Joint Proposed Final Pretrial Order.[2]

3. Admission at trial of the following exhibits, designated as "Will Offer" by Defendant: 543, 564, 566, 589, 596, 609, 618, 619, 620, and 629, is provisionally DENIED for one or more of the reasons stated as objections to the particular exhibit in the Joint Proposed Final Pretrial Order.[3]

---

[1] Doc. 182.
[2] Doc. 182.
[3] Doc. 182.

4. Determination of admissibility at trial of the exhibits designated as "Will Offer" by Defendant: 541, 553, 570, 592, 597, 598, 599, 630, 644, 645, 646, 647, and 648, is RESERVED unless and until offered for admission at trial.

5. Each party shall have until 4:45 p.m. on September 30, 2019, to renew any objection or objections previously stated in the Joint Proposed Final Pretrial Order[4] for any exhibit for which a determination of admissibility at trial has been RESERVED.

6. Each party shall have until 4:45 p.m. on September 30, 2019, to renew any objection or objections previously stated in the Joint Proposed Final Pretrial Order[5] for any exhibit for which admission was denoted as provisionally DENIED.

DATED this 17th day of September, 2019.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[4] Doc. 182.
[5] Doc. 182.