FILED

10/3/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

|  |  |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>          Defendant. | No. CV-16-114-H-SEH<br><br>**ORDER** |

The Court conducted a final pretrial conference on October 3, 2019. The Court issued final rulings on admissibility of Plaintiff and Defendant's "Will Offer" exhibits,

ORDERED:

1. Admission at trial of the following exhibits, designated as "Will Offer" by Defendant: 543, 564, 566, 589, 596, 609, 618, 619, 620, and 629 is DENIED for one or more of the reasons stated as objections to the particular exhibit in the Joint Proposed Final Pretrial Order.[1]

2. Admission at trial of the following exhibits, designated as "Will Offer" by Plaintiff: 14, 15, 16, and 17, is DENIED for one or more of the reasons stated as objections to the particular exhibit in the Joint Proposed Final Pretrial Order.[2]

3. Determination of admissibility at trial of the exhibits designated as "Will Offer" by Defendant: 541, 553, 570, 592, 597, 598, 599, 630, 644, 645, 646, 647, and 648, is RESERVED unless and until offered for admission at trial.

DATED this 3rd day of October, 2019.

SAM E. HADDON
United States District Judge

---

[1] Doc. 182.
[2] Doc. 182.