FILED
11/1/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>　　　　　　Defendant. | No. CV-16-114-H-SEH<br><br>ORDER |

　　　　Upon further assessment and review of the case record and of the numerous rulings and orders referenced in the Court's Final Pretrial Order[1] filed on November 1, 2019, the Court has determined that an additional final pretrial conference appears unnecessary.

---

[1] Doc. 314.

ORDERED:

The Second Motion Requesting an Additional Pretrial Conference[2] is DENIED, without prejudice, to the Plaintiff having the option on or before November 5, 2019, to renew and file a third request for an additional final pretrial conference accompanied by brief in support specifically identifying good cause and outlining admissible evidence that such an additional final pretrial conference is warranted. Defendant shall have to and including November 12, 2019, in which to file a brief in response.

DATED this 1st day of November, 2019.

SAM E. HADDON
United States District Judge

---

[2] Doc. 306.