# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>Defendant. | No. CV-16-114-H-SEH<br><br>**ORDER** |

On November 1, 2019, the Court issued its Order[1] in this case according Plaintiff the option to file a third request for an additional final pretrial conference.

Plaintiff filed the third request[2] on November 5, 2019, with an accompanying brief.[3]

---

[1] Doc. 316.

[2] *See* Doc. 319.

[3] *See* Doc. 320.

The Court's November 1, 2019, Order[4] required, *inter alia*, that

> A third request for an additional final pretrial conference [be] accompanied by brief in support specifically identifying good cause and outlining admissible evidence that such an additional final pretrial conference is warranted.[5]

Plaintiff's brief in support of its third request,[6] incorporating by reference as reasons for the request Plaintiff's Motion Requesting an Additional Pretrial Conference,[7] Plaintiff's Second Motion Requesting an Additional Pretrial Conference,[8] and Plaintiff's Brief in Support of its Second Motion Requesting an Additional Pretrial Conference,[9] is unacceptable in form and does not comply with the specific language of the Court's November 1, 2019, Order.[10]

---

[4] Doc. 316.

[5] Doc. 316 at 2.

[6] *See* Doc. 320.

[7] Doc. 297.

[8] Doc. 306.

[9] Doc. 307.

[10] Doc. 316.

ORDERED:

1.  Plaintiff's third request[11] for an additional pretrial conference as requested and supported by brief is DENIED.

2.  Plaintiff is accorded to and including November 22, 2019, in which to file a motion and brief satisfying with specificity the requirements of good cause and admissible evidence of the Order of November 1, 2019.[12]

DATED this 15th day of November, 2019.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[11] *See* Doc. 319.

[12] *See* Doc. 316.