# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>         Defendant. | No. CV-16-114-H-SEH<br><br>ORDER |

On April 23, 2020, Defendant NorthWestern Corporation filed an unopposed motion for Courtney J. Harrison, Esq., of Stinson LLP, Kansas City, Missouri, to appear *pro hac vice*[1] with Leo S. Ward, Esq., of Browning, Kaleczyc,

---

[1] *See* Doc. 330.

Berry & Hoven, P.C., Helena, Montana, to act as local counsel. Ms. Harrison's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendant NorthWestern Corporation's Motion for Admission Pro Hac Vice of Courtney J. Harrison[2] is GRANTED, subject to the following conditions:

1. That local counsel will be designated as lead counsel or as co-lead counsel with Ms. Harrison;

2. Ms. Harrison must do her own work. She must do her own writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel in the acknowledgment and acceptance of her admission required below, must appear and participate personally in all proceedings before the Court; and

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Ms. Harrison; it is not an admission of Stinson LLP law firm.

///

///

---

[2] Doc. 330.

FURTHER ORDERED:

This Order will be withdrawn unless Ms. Harrison, within 15 days from the date of this Order, files an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 28th day of April, 2020.

SAM E. HADDON
United States District Judge