# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>　　　　　　Defendant. | No. CV 16-114-H-SEH<br><br>**ORDER** |

On September 10, 2021, the Court issued its Order[1] setting an in-person conference on the record for September 29, 2021, at 1:00 p.m.

ORDERED:

Counsel are expected to be prepared to address at the conference such issues as may be necessary and appropriate, including:

1.　Defendant's Motion to Certify Order for Interlocutory Appeal;[2]

2.　Number of days required for trial;

---

[1] Doc. 359.

[2] Doc. 355.

3.  Preparation and submission of a revised pretrial order; and

4.  Setting of the case for trial.

DATED this 28th day of September, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge