# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>　　　　　　　　Defendant. | No. CV 16-114-H-SEH<br><br>**ORDER** |

All pretrial motions, fully briefed, were due on or before January 11, 2019.[1] Plaintiff's opposed Motion for Permission to File Motions in Limine[2] was filed October 20, 2021. It is untimely. Leave to allow late motions filing was neither sought nor granted.

---

[1] Doc. 68.

[2] Doc. 382.

ORDERED:

Plaintiff's Motion for Permission to File Motions in Limine[3] is DENIED.

DATED this 26th day of October, 2021.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Doc. 382.