# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION DBA NORTHWESTERN ENERGY,<br><br>　　　　　Defendant. | No. CV 16-114-H-SEH<br><br>ORDER |

On December 2, 2021, Defendant filed a Motion for Leave to File Out-of-Time Motion Requesting the Use of Videoconference Testimony.[1] Plaintiff opposed the Motion and requested relief.

**ORDERED:**

1. On or before 4:45 p.m., December 3, 2021, Plaintiff shall file a statement of its continued opposition to or of withdrawal of opposition to Defendant's Motion for Leave to File Out-of-Time Motion Requesting the Use of Videoconference Testimony.

DATED this 3rd day of December, 2021.

　　　　　　　　　　　　/s/ Sam E. Haddon
　　　　　　　　　　　　SAM E. HADDON
　　　　　　　　　　　　United States District Judge

---

[1] Doc. 407.