UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION dba NORTHWESTERN ENERGY<br><br>Defendant. | CV-16-114-H-SEH<br><br>ORDER |

IT IS HEREBY ORDERED that the Clerk of Court may provide meals for the jurors during their deliberations in the above entitled case.

DATED this 13th day of December 2021.

*/s/ Sam E. Haddon*
Honorable Sam E. Haddon
United States District Judge