UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| PACIFIC NORTHWEST SOLAR, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHWESTERN CORPORATION, A DELAWARE CORPORATION, dba NORTHWESTEN ENERGY,<br><br>Defendant. | Case No. CV-16-114-H-SEH<br><br>JUDGMENT IN A CIVIL CASE |

__X__   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Verdict Form rendered on December 15, 2021, Document No. 442.

Dated this 16th day of December 2021.

TYLER P. GILMAN, CLERK

By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk